01

02

03

04

05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   UNITED STATES OF AMERICA,              )    CASE NO. CR01-309-RSL
                                            )
09          Plaintiff,                      )
                                            )
10          v.                              )    SUMMARY REPORT OF U.S.
                                            )    MAGISTRATE JUDGE AS TO
11   JERRY DASHAWN COLEMAN,                 )    ALLEGED VIOLATIONS
                                            )    OF SUPERVISED RELEASE
12          Defendant.                      )
     _____ )

13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15   me on April 20, 2006.  The United States was represented by AUSA Susan Roe and the defendant

16   by Scott Engelhard.  The proceedings were digitally recorded.

17          Defendant had been sentenced on or about March 28, 2002 by the Honorable Barbara

18   Jacobs Rothstein on a charge of Misrepresenting a Social Security Number, and sentenced to 15

19   months custody, 3 years supervised release. (Dkt. 131) An amended judgment was entered on

20   May 13, 2002. (Dkt. 147.)

21          The conditions of supervised release included the standard conditions plus the requirements

22   that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, submit

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  to search, pay restitution of $28,149.68, provide access to financial information, maintain a single

02  checking account for all financial transactions, be prohibiting from incurring new credit without

03  permission, not be self-employed or employed by friends, relatives or persons known to him unless

04  approved, get permission for all employment, not work for cash, provide pay stubs to probation

05  officer, and not possess any form of identification in any but defendant's true name.

06      In an application dated March 24, 2006 (Dkt 224), U.S. Probation Officer Jonathan M.

07  Ishii alleged the following violations of the conditions of probation:

08      1.      Associating with persons engaged in criminal activity and associating with persons

09  who have been convicted of a felony, on or about October 29, 2005 in violation of standard

10  condition 9.

11      2.      Failure to notify the probation officer within 72 hours of being arrested or

12  questioned by a law enforcement officer, on or about February 23, 2006, in violation of standard

13  condition 11.

14      3.      Failure to notify the probation officer at least 20 days prior to any change in

15  residence, on or about March 1, 2006, in violation of standard condition 6.

16      4.      Failure to notify the probation office within 72 hours of being arrested or

17  questioned by a law enforcement officer, on or about March 15, 2005 in violation of standard

18  condition 11.

19      5.      Associating with persons engaged in criminal activity and associating with persons

20  who have been convicted of a felony, on or about March 15, 2006, in violation of standard

21  condition 9.

22      Defendant was advised in full as to those charges and as to his constitutional rights.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01     Defendant admitted alleged violations 2-5 and waived any evidentiary hearing as to

02  whether they occurred. The government moved to dismiss violation 1.

03     I therefore recommend the Court find defendant violated his supervised release as alleged

04  in violations 2-5, dismiss violation 1,  and that the Court conduct a hearing limited to the issue of

05  disposition.  The next hearing will be set before Judge Lasnik.

06     Pending a final determination by the Court, defendant has been detained.

07     DATED this 20th day of April, 2006.

08

09                                         Mary Alice Theiler
                                           United States Magistrate Judge

10

11

12  cc:     District Judge:          Honorable Robert S. Lasnik
            AUSA:                    Susan Roe, Andrew Friedman
            Defendant's attorney:    Scott Engelhard
13          Probation officer:       Jonathan M. Ishii

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3